Judge: John Z. Lee
Magistrate: M. David Weisman
Filed: 10/24/2016
Case#s: Listed below
mr

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT−ATHLETE
CONCUSSION INJURY LITIGATION                              MDL No. 2492

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −8)**

On December 18, 2013, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 988 F.Supp.2d 1373 (J.P.M.L. 2013). Since that time, 23 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John Z. Lee.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Lee.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 18, 2013, and, with the consent of that court, assigned to the Honorable John Z. Lee.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 24, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ MELISSA RIVERA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
October 25, 2016

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT−ATHLETE
CONCUSSION INJURY LITIGATION         MDL No. 2492

### SCHEDULE CTO−8 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | CALIFORNIA NORTHERN | | | |
| 16cv9970 | CAN | 3 | 16−05056 | Hawkins v. Pac−12 Conference et al |
| | INDIANA SOUTHERN | | | |
| 16cv9971 | INS | 1 | 16−02333 | DAVISON v. SOUTHEASTERN CONFERENCE et al |
| 16cv9973 | INS | 1 | 16−02334 | GALLON v. ATLANTIC COAST CONFERENCE et al |
| 16cv9974 | INS | 1 | 16−02336 | FORD v. SOUTHEASTERN CONFERENCE et al |
| 16cv9977 | INS | 1 | 16−02337 | HARRISON v. OHIO VALLEY CONFERENCE et al |
| 16cv9978 | INS | 1 | 16−02339 | HILL v. UNIVERSITY OF MIAMI et al |
| 16cv9979 | INS | 1 | 16−02341 | JOHNSON v. CONFERENCE USA et al |
| 16cv9980 | INS | 1 | 16−02342 | RICHARDSON v. SOUTHEASTERN CONFERENCE et al |
| 16cv9981 | INS | 1 | 16−02358 | WASHINGTON v. BIG 12 CONFERENCE et al |
| 16cv9982 | INS | 1 | 16−02622 | WILLIAMS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA) |
| 16cv9983 | INS | 1 | 16−02629 | TOWE v. MID−AMERICAN CONFERENCE et al |
| 16cv9984 | INS | 1 | 16−02630 | HARLEY v. AMERICAN ATHLETIC CONFERENCE et al |
| 16cv9985 | INS | 1 | 16−02631 | REDDICK v. MID−EAST ATHLETIC CONFERENCE et al |
| 16cv9986 | INS | 1 | 16−02632 | DONNER v. MID−AMERICAN CONFERENCE et al |
| 16cv9987 | INS | 1 | 16−02634 | BONDS v. SOUTHEASTERN CONFERENCE et al |
| 16cv9988 | INS | 1 | 16−02635 | CLAYTON v. SYRACUSE UNIVERSITY et al |
| 16cv9989 | INS | 1 | 16−02638 | GRAY v. UNIVERSITY OF NOTRE DAME DU LAC et al |
| 16cv9990 | INS | 1 | 16−02639 | DUDLEY v. ATLANTIC COAST CONFERENCE et al |
| 16cv9991 | INS | 1 | 16−02640 | COLLINS v. AMERICAN ATHLETIC CONFERENCE et al |
| 16cv9992 | INS | 1 | 16−02641 | BOZEMAN v. SOUTHEASTERN CONFERENCE et al |
| 16cv9993 | INS | 1 | 16−02643 | HARVEY v. SOUTHEASTERN CONFERENCE et al |
| 16cv9994 | INS | 1 | 16−02644 | PETTUS v. UNIVERSITY OF RICHMOND et al |
| 16cv9995 | INS | 1 | 16−02646 | SULLIVAN v. PAC−12 CONFERENCE et al |

| | | | | |
|---|---|---|---|---|
| 16cv10000 | INS | 1 | 16−02649 | TOLBERT v. SUN BELT CONFERENCE et al |
| 16cv10001 | INS | 1 | 16−02652 | WYSOCKI v. ATLANTIC COAST CONFERENCE et al |
| 16cv10002 | INS | 1 | 16−02657 | ODOM v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA) |
| 16cv10003 | INS | 1 | 16−02660 | MASON v. CONFERENCE USA et al |
| 16cv10004 | INS | 1 | 16−02673 | SHAFFER v. CAPITAL UNIVERSITY BOARD OF TRUSTEES et al |
| 16cv10005 | INS | 1 | 16−02674 | COURTNEY v. THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |